STATE OF CONNECTICUT *v.* JASON CASIANO

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 61 (AC 30587), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Jason Casiano,* pro se, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided October 14, 2010

LEONARD PAOLETTA *v.* ANCHOR REEF CLUB AT BRANFORD, LLC, ET AL.

The petition by the defendants Nicholas Owen and Iron Works Development of Branford, LLC, for certification for appeal from the Appellate Court, 123 Conn. App. 402 (AC 30456), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Daniel Shepro,* in support of the petition.

*Edward P. McCreery III* and *John H. Van Lenten,* in opposition.

Decided October 14, 2010

STATE OF CONNECTICUT *v.* TAVORUS L. FLUKER

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 355 (AC 30638), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.